UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60064-CIV-DAMIAN

**FRANLY GONZALEZ RAMON**,

    Petitioner,

v.

**TODD LYONS,** *et al.*,

    Respondents.

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record.

On February 10, 2026, this Court entered an Order Granting in Part *Habeas* Petition [ECF No. 8] and requiring Petitioner to file a joint status report by February 23, 2026. The Court-ordered deadline has passed, and, to date, no joint status report has been filed, nor has the Petitioner requested additional time to comply. Accordingly, it is

**ORDERED** that, by **March 11, 2026**, the Petitioner shall file the Joint Status Report as directed in the February 10 Order. Failure to do so will result in dismissal of the action without further notice.

**DONE AND ORDERED** in Chambers at the Southern District of Florida, this 4th day of March, 2026.

                                                    **MELISSA DAMIAN**
                                                **UNITED STATES DISTRICT JUDGE**

CC: Counsel of Record